| | | | |
|---|---|---|---|
| | AUSA: | Frank Dame | Telephone: (313) 226-9526 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Inspector: | Danielle Foust, USMS | Telephone: (313) 202-0135 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
    v.
Dale Graham

Case No.  2:25-mj-30740
Judge: Unassigned,
Filed: 12-04-2025 At 05:51 PM
CMP USA V. DALE GRAHAM (DA)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 20, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111 | Assaulting, resisting, or impeding certain officers or employees |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Danielle Foust, Judicial Security Inspector, USMS
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __December 4, 2025__

_____
*Judge's signature*

City and state: __Detroit, MI__   Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Danielle Foust, a United States Marshals Service Judicial Security Inspector, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Judicial Security Inspector (JSI), with the United States Marshals Service (USMS). I have been with the USMS since September 2019 and a JSI since August of 2024. I am assigned to the Detroit, Michigan field office, where I work with the Judicial Security Unit (JSU). JSU is responsible for conducting threat investigations involving federal officers in the judicial branch. I have gained experience through training, classes, and daily work in threat investigations.

2. As a JSI, I am authorized to investigate violations of the laws of the United States, including 18 U.S.C. § 111. I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States. I have investigated federal crimes including assaults against USMS protected interests, threats of violence communicated over the phone and through the internet, and threats of violence intended to intimidate or coerce.

1

3.      This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Dale Graham for violations of 18 U.S.C. § 111 (assaulting, resisting, or impeding certain officers or employees).

4.      The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a JSI.

5.      This affidavit is submitted for the limited purpose of securing a complaint and an arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Graham has violated the above statute.

## PROBABLE CAUSE

6.      On November 20, 2025, around 9:00 a.m., inmate Dale Graham entered the Theodore Levin United States Courthouse USMS cell block. The Livingston County Sheriff's Department was transporting Graham from Milan FDC, where he was an inmate, to the Livingston County Jail. During transport, several inmates requested to use the USMS cell block bathroom

2

before the transport continued to the Livingston County Jail. While in the cell block, Graham expressed concerns about his new custodial facility. Deputy United States Marshal (DUSM)-1 spoke with Graham about his concerns and after the conversation, Graham appeared to be in a friendly disposition.

7. Around 9:15 a.m., DUSM-2 told Graham, who was sitting in cell #111B and wearing restraints, that Graham had to leave on the transport. Graham remained seated and responded, "I'm not leaving, I want to be transferred to Midland."

8. DUSM-1, who standing nearby and heard this exchange, then approached Graham and ordered him to stand up and exit the cell. Graham refused and remained seated. Again DUSM-1 told Graham to stand up and exit the cell and again Graham refused. DUSM-1 took hold of Graham's wrist, pulled him upright, and began directing him towards the cell exit door and DUSM-2. Graham actively resisted by leaning back into DUSM-1 and pushing against him.

9. DUSM-2 stepped into help, and both DUSMs began directing Graham towards the cell block's exit hallway with their hands on his shoulders, on his left arm and under his left armpit. Graham began swinging his body from side to side trying free himself, so DUSM-1 tightened his grip

3

on Graham's arm and under his armpit and directed Graham to the wall by interview room #125.

10. Graham began cursing and repeatedly said, "I'm not going." Then Graham bit DUSM-1's left wrist. DUSM-1 said, "You're going to bite me?" and struck Graham with a closed right fist to the left side of Graham's face to stop the biting. Graham then tried to knee or kick DUSM-1 several times in the groin.

11. DUSM-3, DUSM-4, and Federal Enforcement Officer (FEO)-1 jumped in to help restrain Graham, who was taken to the ground. During the scuffle, Graham scratched FEO-1.

12. Courthouse nursing staff tended to DUSM-1 and washed the bite area with soap and water. Because DUSM-1 and FEO-1 sustained injuries, they went to Detroit Receiving Hospital's emergency room, where they were seen and cleared by a doctor.

## CONCLUSION

13. Based on the foregoing, there is probable cause to believe that Dale Graham forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with, and inflicted bodily injury on, two officers or employees of the United States while they were engaged in or on account of the performance of their official duties.

Respectfully submitted,

_____
Danielle Foust
Judicial Security Inspector
U.S. Marshals Service

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HON. ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE

Date: ___December 4, 2025___

5