UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DALE GRAHAM,<br><br>    Defendant.<br>_____/ | Case: 2:26-cr-20029<br>Assigned To : White, Robert J.<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 1/20/2026<br>Description: INDI USA v GRAHAM (JP)<br><br>Violation:   18 U.S.C. § 111(a)(1) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. § 111(a)(1)
*Assaulting, resisting, or impeding certain officers or employees*

On November 20, 2025, in the Eastern District of Michigan, Southern Division, the defendant, Dale Graham, forcibly assaulted, resisted, opposed, impeded, interfered with, and made physical contact with an employee of the United States while that employee was performing their official duties, all in violation of 18 U.S.C. § 111(a)(1).

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON
United States Attorney

*s/ Craig Wininger*
CRAIG WININGER
Chief, Violent and Major Crimes Unit

*s/ Frankie Dame*
FRANKIE DAME
Assistant United States Attorney

Dated: January 20, 2026

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case: 2:26-cr-20029<br>Assigned To : White, Robert J.<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 1/20/2026<br>Description: INDI USA v GRAHAM (JP) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)[1]**: | Case No. 25-CR-20381 \| Judge Laurie J. Michelson |
| ☑Yes ☐No | AUSA's Initials: _Frank Dame_ |

**Case Title:** USA v. Dale Graham

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment -- prior complaint **[Case No. 25-mj-30740]**

**Superseding Case Information**

**Superseding to Case No:** _____  **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

_____January 20, 2026_____
Date

_Frank Dame_
FRANK DAME
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Frank.Dame@usdoj.gov
(313) 226-9526
Bar #: P81307

TARA HINDELANG
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Tara.Hindelang@usdoj.gov
(313) 226-9543
Bar #: P78685

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.